IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

VITTORIO SPADARO,

                              Plaintiff,

    v.

ACCESSIBLE SPACE, INC.,
JENNIFER RAWSON,
MICHELLE ROESCHLEIN,

                              Defendants.

ORDER

13-cv-623-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

        In an order entered on November 12, 2013, I dismissed plaintiff Vittorio Spadaro's complaint without prejudice for failure to comply with Fed. R. Civ. P. 8. I gave plaintiff until November 22, 2013, in which to submit a proposed amended complaint addressing the deficiencies explained in the November 12 order. In addition, I warned plaintiff that his failure to respond to the court's order would result in dismissal of this case. It is now December 10, 2013, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

        Accordingly, IT IS ORDERED that this case is DISMISSED. The clerk of court is directed to enter judgment and close this case.

        Entered this 10th day of December, 2013.

                                          BY THE COURT:
                                          /s/
                                          BARBARA B. CRABB
                                          District Judge